IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP, S.p.A., an Italian Corporation, ) ) ) Plaintiff, ) ) v. ) ) GLOW, an unknown business entity; ) JULIE HOPPER, an individual; and DOES ) 1-10, inclusive, ) ) Defendants. ) | CIVIL ACTION NO. 2:16cv304-WHA (wo) |

## **ORDER**

This cause is before the court on a Stipulation to Permanent Injunction and Voluntary Dismissal of Action with Prejudice (Doc. #22).

For good cause shown, it is hereby ORDERED that the case is DISMISSED with prejudice on the terms outlined in the Stipulation.

Costs are taxed as paid.

Done this 26th day of September, 2016.

                                                /s/ W. Harold Albritton
                                                W. HAROLD ALBRITTON
                                                SENIOR UNITED STATES DISTRICT JUDGE